| | |
|---|---|
| JASON R. HULL [11202]<br>JHULL@MOHTRIAL.COM<br>**MARSHALL OLSON & HULL, PC**<br>NEWHOUSE BUILDING<br>TEN EXCHANGE PLACE, STE. 350<br>SALT LAKE CITY, UTAH 84111<br>TELEPHONE: 801.456.7655 | KEVIN P. PEREZ [PRO HAC VICE PENDING]<br>KPEREZ@NEMIROWPEREZ.COM<br>**NEMIROW PEREZ, PC**<br>445 UNION BLVD., STE. 209<br>LAKEWOOD, COLORADO 80228<br>TELEPHONE: 720.638.1234 |

ATTORNEYS FOR DEFENDANT

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DIVISION, DISTRICT OF UTAH

| | |
|---|---|
| KARILYN FRAZIER,<br><br>PLAINTIFF,<br><br>V.<br><br>WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST, L.P., A TEXAS LIMITED PARTNERSHIP, DBA WHOLE FOODS MARKET,<br><br>DEFENDANT. | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br><br>CASE NO. 2:16-CV-59-DBP |

This matter came before the Court pursuant to the Joint Motion to Dismiss with Prejudice filed by the parties. Having reviewed the Motion and for good cause appearing, the Court hereby orders as follows:

1. The Joint Motion to Dismiss with Prejudice is hereby GRANTED.

2. All claims raised by plaintiff Karilyn Frazier in this matter are hereby dismissed with prejudice.

–2 of 2–

3. The parties shall bear their own attorney fees and costs incurred in this action.

DATED this 15th day of August, 2017.

BY THE COURT:

_____
TED STEWART
U.S. DISTRICT JUDGE

**APPROVED AS TO FORM**:

**PARSONS BEHLE & LATIMER**

BY: /s/ CHRIS WANGSGARD*
CHRIS WANGSGARD
NICHOLAS U. FRANDSEN

*ATTORNEYS FOR PLAINTIFF KARILYN FRAZIER*

*signed with permission